**Order entered February 26, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00039-CV

**THE CITY OF DALLAS, Appellant**

**V.**

**THOMAS A. DAVENPORT, Appellee**

**On Appeal from the 192nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-11-09411-K**

## ORDER

The Court has before it appellant's February 6, 2013 unopposed motion for extension of time to file brief. The Court **GRANTS** the motion and **ORDERS** appellant to file its brief by March 13, 2013.

/s/     ELIZABETH LANG-MIERS
           JUSTICE